# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| v. | § | **CASE NO. W-22-CR-00129-ADA-1** |
| | § | |
| **LEWIS GREEN III,** | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 64. The report recommends Defendant's Motion to Suppress (ECF No. 43) be **GRANTED in part** and **DENIED in part**. The report and recommendation was filed on May 20, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on June 17, 2024. ECF No. 66. The Court has conducted a *de novo* review of the motion to suppress, the responses, the report and recommendation, the objection

to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

    **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske., ECF No. 64, is **ADOPTED**.

    **IT IS FURTHER** The Motion is **GRANTED** as to evidence gathered at 801 West Avenue I and as to the automobile search because the Government did not contest the Defendant's Motion as it applies to those searches. The Court **GRANTS** Defendant's Motion to Suppress as to 3803 London Lane for the reasons discussed in the Report and Recommendation. The Court **DENIES** Defendant's Motion as to the 4808 Lake Road, 2207 Acron Drive, and 1803 Willowbend Drive in accordance with the Magistrate Judge's recommendations.

**SIGNED** this 16th day of August, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**